AO 450 (Rev. 11/11) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Matthew C DeRyan<br>*Plaintiff*<br>v.<br>JAMES GLOVER; TIMOTHY TRAGESER;<br>and DAVID WATTS,<br>*Defendant* | Civil Action No. 2:23-cv-000063-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant Ms. Kilgore's Motion to Dismiss, ECF No. 10, is DENIED as moot.
Plaintiff's First Amended Complaint, ECF No. 25 is DISMISSED with prejudice.
Plaintiff's Motion for Continuance, ECF No. 31, is DENIED as moot.
This case is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE

Date: 9/18/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham